**Dismiss and Opinion Filed February 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01086-CV

### CITY OF DALLAS, Appellant
### V.
### MARKO PRINCIP, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00202-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellant's February 6, 2018 unopposed motion to dismiss the appeal.

In the motion, appellant states that it no longer wishes to pursue this appeal. Therefore, we grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171086F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CITY OF DALLAS, Appellant

No. 05-17-01086-CV V.

MARKO PRINCIP, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-16-00202-B.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

It is **ORDERED** that appellee Marko Princip recover his costs of this appeal from appellant City of Dallas.

Judgment entered February 14, 2018.